UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT C. DANIELS and
STEPHANIE HEAD,

        Defendants.
_____/

CRIMINAL NO. 08-20213

HONORABLE LAWRENCE P. ZATKOFF

**OPINION AND ORDER**

On October 18, 2011, this Court entered an Opinion and Order denying Kathy Henry, former counsel for Defendant Stephanie Head, payment for services rendered on behalf of Defendant Stephanie Head in 2008, as reflected in the CJA Form 20, *Appointment of and Authority to Pay Court-Appointed Counsel* ("CJA Voucher"), submitted to the Court on June 17, 2011. In the CJA Voucher, Ms. Henry requested that the Court compensate her in the amount of $6,910 for work performed on behalf of Defendant Head in this Court.

Ms. Henry has now filed a Motion to Set Aside Order Denying Payment Voucher ("Motion") (Docket #90). The Court has reviewed and considered the arguments set forth in Ms. Henry's Motion. In this Motion, Ms. Henry has finally addressed several of the concerns the Court ordered her to address previously. Specifically, Ms. Henry has been reinstated to the Michigan and Eastern District of Michigan bars, and she has cited authority that allows her to be compensated for services she rendered prior to the effective date of her suspensions. In addition, the Court has reviewed its files regarding Defendant Stephanie Head, including the sentencing memorandum prepared by Ms.

Henry. In doing so, the Court finds that Ms. Henry's representation of Defendant Stephanie Head was adequate.

Accordingly, and for the reasons set forth above, the Court grants Ms. Henry's Motion to set aside the October 18, 2011, Order of this Court (Docket #90). Ms. Henry may re-submit her CJA Voucher to the Court for approval by this Court; provided, however, that Ms. Henry must submit the CJA Voucher on or before May 17, 2012.

IT IS SO ORDERED.

                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated: May 2, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 2, 2012.

                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290